1  Lara R. Shapiro (SBN: 227194)
   4145 Via Marina # 324
2  Marina del Rey, CA 90292
3  Telephone: (310) 577-0870
   Facsimile: (424) 228-5351
4
   *Of Counsel to*
5  LEMBERG & ASSOCIATES LLC
   A Connecticut Law Firm
6  1100 Summer Street
7  Stamford, CT 06905
   Telephone: (203) 653-2250
8  Facsimile: (203) 653-3424

9  Attorneys for plaintiff,
   Melinda Burson
10
11 Craig J. Mariam  (SBN:  225280)
   cmariam@gordonrees.com
   GORDON & REES LLP
12 633 W. 5th Street Ste. 4900
   Los Angeles, CA  90071
13 Telephone: 213.576.5000
14 Facsimile: 877.306.0043

15 Attorneys for defendant
   ER Solutions, Inc.

16                     UNITED STATES DISTRICT COURT

17                     EASTERN DISTRICT OF CALIFORNIA

18 MELINDA BURSON, an individual;          ) CASE NO. 2:09-CV-02965-MCE-KJM
                                           )
19                  Plaintiff,             ) **STIPULATION AND ORDER RE:**
                                           ) **VOLUNTARY DISMISSAL WITH**
20       vs.                               ) **PREJUDICE**
                                           )
21 ER SOLUTIONS, INC.; and DOES 1-100, inclusive, )
                                           )
22                  Defendant.             )
                                           )
23

24       **IT IS HEREBY STIPULATED,** by and between the parties to this action, through their

25 respective attorneys of record, that a dismissal with prejudice be entered in the above-stated

26 action, pursuant to the Local Rules of this District and Federal Rules of Civil Procedure, Rule 41.

27 All parties shall bear their own respective fees and costs.

28

- 1 -
STIPULATION AND PROPOSED ORDER RE: VOLUNTARY DISMISSAL
Case No. 2:09-CV-02965-MCE-KJM

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO STIPULATED.**

**GORDON & REES LLP**

/s/ Craig J. Mariam
Craig J. Mariam
Attorneys for ER Solutions, Inc.

Date:  September 15, 2010

**LEMBERG & ASSOCIATES LLC**

/s/ Lara R. Shapiro *with permission*
Lara R. Shapiro
Attorneys for Melinda Burson

Date:  September 15, 2010

**IT IS SO ORDERED.**  The Clerk of Court is directed to close this file.

**DATED: September 24, 2010**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com